FILED
OCT - 1 2009

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRUCE G. ADAMSON,
    Plaintiff,

v.

MICHAEL ASTRUE,
**Commissioner of Social Security,**
    Defendant.

CV 08 - 6200 - KI

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $7,294.70, and costs in the amount of $0.00, for a total of $7,294.70, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this /s/ day of October 2009.

UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff